**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THOSE CHARACTERS FROM CLEVELAND, LLC,

Plaintiff,

v.

CHICKENPOD, et al.,

Defendants.

Civil Action No. 26-cv-4285

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CERTAIN DEFENDANT WITH PREJUDICE**

The Court has considered Plaintiff's Letter Motion to Dismiss Certain Defendant with Prejudice and finds that voluntary dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the following defendant is dismissed from this case with prejudice, and with each party bearing their own attorney's fees and costs:

| Defendant Seller Name | DOE No. |
| --- | --- |
| WDIRARA | 25 |

The Clerk of Court shall close docket numbers 52 and 54.

SO ORDERED this 3 day of September, 2026.

Loretta A. Preska

Hon. Loretta A. Preska
UNITED STATES DISTRICT JUDGE